# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*       **Chapter 13**
                                    NO. 10-21181 JNF
**In Re: Rogelio Whittington**

                **Debtor**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEBTOR'S MOTION TO EXTEND TIME TO FILE
### SCHEDULES, CHAPTER 13 PLAN AND PROOF OF INSURANCE

Now comes debtor and files this Motion to Extend Time to File schedules and Chapter 13 Plan, and Evidence of Insurance until November 19, 2010. In support of this motion, debtor states that the debtor needs this additional time to properly assemble the records and information necessary to file complete schedules and an accurate Chapter 13 Plan, and provide counsel with proof of insurance.

WHEREFORE, Debtor requests this Court to grant the motion to extend until November 19, 2010 the time in which bankruptcy schedules, proof of insurance and Chapter 13 plan must be filed.

                            Respectfully submitted,
                            By his   attorney,


                            /s/ Richard Askenase
                            Richard Askenase, Esq.  BBO#022920
                            One Thompson Square
                            Fourth Floor
                            Boston, MA 02129
                            (617) 241- 7555
                            FAX (617) 241-7396

DATE: October 14, 2010

                    CERTIFICATE OF SERVICE

Pursuant to MLBR 3015, Appendix 1, Section 13-7, I, Richard Askenase, do hereby certify that I have served  a copy of the attached pleading by mailing a copy of same, postage prepaid to all parties on the attached service list.

Signed under the penalties of perjury.

                                              Respectfully submitted,
                                              By his attorney,

                                              /s/ Richard Askenase
                                              Richard Askenase, Esq.  BBO#022920
                                              One Thompson Square
                                              Fourth Floor
                                              Boston, MA 02129
                                              (617) 241- 7555
DATE:  October 14, 2010                 FAX (617) 241-7396

                                              SERVICE LIST

Carolyn A. Bankowski, Esq.
Standing Chapter 13 Trustee
PO Box 8250
Boston, MA 02114
BY ECF TRANSMISSION

Rogelio Whittington
66 Harold Street
Roxbury, MA 02119

Bank Of America
Corporate Officer
PO Box 17054
Wilmington, DE  19884

Internal Revenue Service
PO Box 9112
STOP 20800
Boston, MA  02203

JP Morgan Chase
C/O Stanton & Davis
1000 Plain Street
Marshfield, MA  02050

Massachusetts DOR
Litigation Department
PO Box 9565
Boston, MA  02214

National Grid

Corporate Officer
PO Box 1005
Woburn, MA  01807

Verizon
PO Box 1100
Albany, NY  12212